**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **KELLEY BERRY,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| **TURNER INDUSTRIES GROUP, L.L.C.,** | § | **CIVIL ACTION NO. 4:16-cv-00924** |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL

On February 23, 2017, the parties filed a Joint Stipulation of Dismissal, voluntarily dismissing all claims with prejudice against Defendant Turner Industries Group, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in the above-captioned case.

Accordingly, the claims between Plaintiff and Defendant are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 24th day of February, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE